Joseph A. Mullaney, III, Esq.
**CONSUMER LITIGATION GROUP**
Law Office of Dimitrios Kolovos, LLC
211 West State Street, Suite 204
Media, PA  19063
Tel 610-616-5303
Fax 610-672-1944
Eml JMullaney@ConsumerLitigators.com

Pursuant to Local Civil Rule 53.2, Section 3(c)(2), this case is subject to non-binding arbitration.

Attorney for Plaintiff

In the United States District Court for the
Eastern District of Pennsylvania

| | |
|---|---|
| QAISAR HAMID,<br><br>    Plaintiff,<br><br>    v.<br><br>STOCK & GRIMES, LLP,<br><br>    Defendant. | Case No.:  2:11-cv-02349-HB |

**NOTICE OF NO RESPONSE TO DEFENDANT'S MOTION TO DISMISS ON THE BASIS OF PLAINTIFF'S FILING AN AMENDED COMPLAINT**

TO:   Nicole L. Graham, Esq.
        Swartz Campbell LLC
        Two Liberty Place
        50 South 16th Street, 28th Floor
        Philadelphia, PA 19102

   Please take notice that Plaintiff does not respond to Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) as the Motion is moot on the basis of Plaintiff's filing of her First Amended Civil Action Complaint.

Plaintiff's relies upon her First Amended Civil Action Complaint as exhibited hereto as Exhibit "A."  A proposed form of Order is also filed seeking the denial of Defendant's Motion.

|  |  |
|---|---|
|  | s/Joseph A. Mullaney, III |
|  | Joseph A. Mullaney, III, Esq. |
|  | **CONSUMER LITIGATION GROUP** |
|  | Law Office of Dimitrios Kolovos, LLC |
|  | 211 West State Street, Suite 204 |
|  | Media, PA  19063 |
|  | Tel 610-616-5303 |
|  | Fax 610-672-1944 |
| Dated:  July 20, 2011 | Eml JMullaney@ConsumerLitigators.com |