```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QAISAR HAMID                   :        CIVIL ACTION
                               :
     v.                        :
                               :
STOCK & GRIMES, LLP            :        NO. 11-2349
```

ORDER

AND NOW, this 26th day of August, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Stock & Grimes, LLP to dismiss the amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.