```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| QAISAR HAMID | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STOCK & GRIMES, LLP | : | NO. 11-2349 |

ORDER

AND NOW, this 12th day of June, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Stock & Grimes, LLP for summary judgment against Qaisar Hamid is DENIED; and

(2)  the motion of plaintiff Qaisar Hamid for partial summary judgment against Stock & Grimes, LLP on liability under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692f is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.