```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QAISAR HAMID                     :      CIVIL ACTION
                                 :
         v.                      :
                                 :
STOCK & GRIMES, LLP              :      NO. 11-2349
```

ORDER

AND NOW, this 9th day of July, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Stock & Grimes, LLP in limine to preclude Hamid from recovering at trial the amount paid to settle the underlying debt collection action is DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                            J.